IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                Case No. 3:18cr67(7)

TAKEEA TRAMMELL,          JUDGE WALTER H. RICE

    Defendant.

---

DECISION AND ENTRY OVERRULING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISION, WITHOUT PREJUDICE TO RENEWAL ON OR AFTER MAY 1, 2022

---

Defendant's request for early termination of supervision, filed April 30, 2021, is OVERRULED at this time, pursuant to a review of both the Presentence Investigation and 18 U.S.C. §3553(a)(1-7), without prejudice to renewal on or after May 1, 2022.

On May 1, 2022, Defendant will have served some five weeks short of three years of her five-year term of probation. In this Court's opinion, should her performance continue to be satisfactory, a term of probation of some five weeks short of three years will be a sufficient term but no more than needed to carry out the purposes of her probationary disposition.

February 1, 2022

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Laura Sebulsky, Probation Officer
U.S. Marshal